No. 00M33. THOMAS *v.* JOHNSON, WARDEN;
No. 00M34. STEFANKO *v.* UNITED STATES;
No. 00M35. WINTERS *v.* WINTERS ET AL.; and
No. 00M36. SMITH *v.* HUGHES AIRCRAFT. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 98–1768. BUCKMAN CO. *v.* PLAINTIFFS' LEGAL COMMITTEE. C. A. 3d Cir. [Certiorari granted, 530 U. S. 1273.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1680. CITY NEWS & NOVELTY, INC. *v.* CITY OF WAUKESHA. Ct. App. Wis. [Certiorari granted, 530 U. S. 1242.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1408. ATWATER ET AL. *v.* CITY OF LAGO VISTA ET AL. C. A. 5th Cir. [Certiorari granted, 530 U. S. 1260.] Motion of Texas et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 99–1687. BARTNICKI ET AL. *v.* VOPPER, AKA WILLIAMS, ET AL.; and
No. 99–1728. UNITED STATES *v.* VOPPER, AKA WILLIAMS, ET AL. C. A. 3d Cir. [Certiorari granted, 530 U. S. 1260.] Motion of the Solicitor General for divided argument granted. Motion of respondents for divided argument granted.

No. 99–9633. BURGESS *v.* COOK, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 803] denied.

No. 99–9821. DONALDSON *v.* CHAMBERLAIN, JUDGE, CIRCUIT COURT OF MICHIGAN, 21ST CIRCUIT. Sup. Ct. Mich. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 802] denied.

No. 00–5325. COTTON *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 808] denied.